| | |
|---|---|
| WENDELL KINCAIDE GATLING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> *Acting Commissioner of Social Security,* ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT <br> ON ATTORNEY FEES** <br> 7:15-CV-219-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED**, pursuant to 42 U.S.C. § 406(b), that plaintiff's counsel be awarded attorney's fees in the amount of $20,000.00.

**This judgment filed and entered on January 14, 2019, and served on:**

Angela R. Cinski (via CM/ECF Notice of Electronic Filing)
Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

January 14, 2019

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk